## MUIR vs. GIBBS.

GUNBY, J. That where an account is sued on, without stating any of the items in the petition or annexing an itemized account, defendant, under the general issue, cannot object to plaintiff's proving that she admitted the correctness of the debt sued on, on the ground that the petition is vague and insufficient. She should have objected *in limine*. Judgment amended and affirmed.

## UTZ vs. UTZ.

GUNBY, J. In an appeal from the Parish Court to the District Court, under the Constitution of 1868, the papers did not necessarily have to be refiled in the District Court.

2. Where appellee obtains the clerk's certificate that the transcript has not been filed within three days from the return day, this will not prevent the appeal from being afterwards filed and heard, if no motion to dismiss is seasonably filed.

3. It is too late for appellee to file a motion to dismiss an appeal on the ground that it has not been filed in time, after he has appeared in the Appellate Court at one term and participated in the proceedings on such appeal. The appeal is favored in all doubtful cases. Judgment amended and affirmed.

## STATE EX REL. UTZ vs. COATES, SHERIFF, ET AL.

GUNBY, J. An Appellate Court must issue writs of Mandamus or Prohibition at first in the *nisi* or alternative form; its peremptory order in such cases, on an *ex parte* application is irregular. and void. Proceedings dismissed.

# FRANKLIN PARISH.

## ABELL & LANDAUER vs. FRANK BAYLE.

FARMER, J. Where defendant, after appeal, enters into a written agreement, acknowledging the debt sued on to be due plaintiff, the appeal will be dismissed on the ground of acquiescence.